Dismissed and Memorandum Opinion filed February 17, 2005









Dismissed and Memorandum Opinion filed February 17,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01406-CV

____________

 

LESLIE and GEORGE MICKELIS, As Next
Friend of JASON MICKELIS, A Minor, Appellants

 

V.

 

NEW MEDICAL HORIZONS II, LTD. d/b/a
CYPRESS FAIRBANKS MEDICAL CENTER, Appellee

 



 

On Appeal from the
270th District Court

Harris County, Texas

Trial Court Cause
No. 01-01113

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 13, 2003.

On February 10, 2005, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 17, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.